# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Aaron N. Solomon
asolomon@kdvlaw.com

Amanda B. Slutsky
Amanda.slutsky@kdvlaw.com

October 16, 2023

**VIA ECF**
Honorable Arun Subramanian
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

RE:   *Ramirez et al v. Hermes B NY LLC et al.*
      **Civil Action No.: 1:23-cv-01580(AS)**

Dear Judge Subramanian:

This firm represents the Defendants in the above-referenced action. We write jointly with Plaintiffs' counsel pursuant to the Court's Individual Practice Rules 3(E) to respectfully request an adjournment of the October 19, 2023 deadline to submit a joint letter and the October 26, 2023 pre-trial conference. The parties are engaged in settlement discussions and anticipate settling this matter in principle ideally within the next two weeks. As such, the parties anticipate providing the Court with an update on or before October 30, 2023. This is Defendants' first request for an adjournment.

We thank the Court for its time and consideration of this request.

The request to adjourn is GRANTED. If the parties have not reached a settlement in principle by November 1, 2023, the conference will be held on November 2, 2023, at 12:45 p.m.
SO ORDERED.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Aaron N. Solomon, Esq.
Amanda B. Slutsky, Esq.

Arun Subramanian, U.S.D.J.
Date: October 17, 2023

1